UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 22-12146-NMG |
| | ) | |
| JOHN DOE, subscriber assigned | ) | |
| IP address 146.115.169, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION ON**
**DEFENDANT'S MOTION TO DISMISS**

August 29, 2023

DEIN, U.S.M.J.

I. **INTRODUCTION**

As alleged in the Complaint (Docket No. 1) ("Compl."), Strike 3 Holdings, LLC ("Strike 3") is the owner of a number of adult motion pictures which are registered with the United States Copyright Office. (Compl. ¶¶ 2, 42, 45 & Exhibit A). Strike 3 alleges that the defendant, whose identity is presently unknown to Strike 3 beyond an IP address, infringed on Strike 3's copyrights by downloading and distributing 46 of Strike 3's motion pictures without consent. (Compl. ¶¶ 4, 42-43). In order to identify the defendant and serve the Complaint, Strike 3 brought a "Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference" (Docket No. 6) ("Service Motion"). The Service Motion was allowed by the court (the "Service Order"), and Strike 3 was permitted to serve the subpoena, along with the Service Order, on the internet service provider ("ISP"), in this case RCN, to obtain the name and address of the

*Report and Recommendation is accepted and adopted.*

*/s/ NMGorton, USDJ 09/15/2023*